UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Sakera Dongo<br>and Fatai Mutiu (A 214 285 338)<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, Secretary,<br>Department of Homeland Security;<br>Kevin Riddle, District Director,<br>Chicago Field Office, U.S. Citizenship &<br>Immigration Services,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-cv-2051<br><br>Hon. Judge Perry |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

U.S. Citizenship and Immigration Services denied the Plaintiffs' pending immigrant visa petition and application for adjustment of status on July 25, 2025, the pendency of which was the subject of Plaintiffs' request for a writ of mandamus. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs, through their attorney, KEVIN RAICA, of the LAW OFFICES OF KRIEZELMAN BURTON & ASSOCIATES, LLC, hereby file this Notice of Dismissal of the above-captioned action, filed February 27, 2025, and to which no answer or motion has been filed, against all defendants without prejudice.

DATED: July 31, 2025

Respectfully Submitted,

By: s/ Kevin A. Raica
Kriezelman Burton & Associates, LLC
200 W Adams Street, Suite 2211
Chicago, Illinois 60606
(312) 332-2550
kraica@krilaw.com